AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ARTHURETTA HOLMES-MARTIN
9333 Raintree Road
Burke, Virginia 22015

Plaintiff,

V.

MICHAEL O. LEAVITT
Secretary of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201,

Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-02128
Assigned To : Urbina, Ricardo M.
Assign. Date : 11/26/2007
CASE    Description: Employ. Discrim.

TO: (Name and address of Defendant)

MICHAEL O. LEAVITT
Secretary of Health and Human Services
200 Independence Ave, S.W.
Washington, D.C. 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Shapiro
D.C. Bar No. 961326
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 842-0300

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON             NOV 2 6 2007

CLERK                                DATE

(By) DEPUTY CLERK

Case 1:07-cv-02128-RMU   Document 4   Filed 12/12/2007   Page 2 of 2

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly): Lawrence  B. Date of Delivery: 12-7-07<br>C. Signature: X [signature]   ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:<br>Michael O. Leavitt<br>Secretary of Health and Human Services<br>200 Independence Ave, SW<br>Washington, DC 20201 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Copy from service label):  7099 3400 0011 3693 1589 | |

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-178

A-Holmes-Martin