IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARTHURETTA HOLMES-MARTIN<br>9333 Raintree Road<br>Burke, Virginia 22015<br><br>      **Plaintiff,**<br><br>      v.<br><br>MICHAEL O. LEAVITT<br>Secretary of Health and Human Services<br>200 Independence Avenue, S. W.<br><br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 07-02128 (RMU) |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                                      Respectfully submitted,

                                        /s/
                                  WYNEVA JOHNSON, D.C. Bar #278515
                                  Assistant United States Attorney
                                  555 Fourth Street, N.W., E-4106
                                  Washington, D.C.  20530
                                  (202) 514-7224