UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHURETTA HOLMES-MARTIN<br>9333 Raintree Road<br>Burke, Virginia 22015<br><br>   Plaintiff,<br><br> v.<br><br>MICHAEL O. LEAVITT<br>Secretary of Health and Human Services<br>200 Independence Avenue, S. W.<br><br>   Defendant. | Civil Action No. 07-02128 (RMU) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

 Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Enlargement of Time up to and including February 20, 2008 to answer or respond to Plaintiff's complaint. Plaintiff's counsel has no objection to this request for enlargement of time.

 The additional time is requested because Counsel has not received the material from the agency for the filing of defendant's response to the complaint. Once the information is received, Counsel will be able to complete the answer or respond to Plaintiff's complaint.

 This request for enlargement is made in good faith and in no way designed to delay the proceedings.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
Assistant United States Attorney


\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122


\_\_ /s/ _____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHURETTA HOLMES-MARTIN<br>9333 Raintree Road<br>Burke, Virginia 22015<br><br>     Plaintiff,<br><br>  v.<br><br>MICHAEL O. LEAVITT<br>Secretary of Health and Human Services<br>200 Independence Avenue, S. W.<br><br><br>     Defendant. | Civil Action No. 07-02128 (RMU) |

## ORDER

UPON CONSIDERATION OF Defendant's unopposed Motion for Enlargement of Time, it is hereby

ORDERED that Defendant's Motion for Enlargement of Time is GRANTED.  It is

FURTHER ORDERED that Defendant may answer or respond to the Complaint by February 20th, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE