UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ARTHURETTA L. HOLMES-MARTIN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | Civil Action No.: 07-2128 (RMU) |
| ) | |
| **MICHAEL O. LEAVITT, Secretary** ) | |
| **Department of Health and Human Services,** ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING DEFENEDANT'S EXHIBITS

Defendant hereby files the exhibits attached to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment filed on February 20, 2008. A paper copy of the exhibits is being provided to the Court's chambers on this date.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

   /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W., E - 4106
Washington, D.C. 20530
(202) 514-7224

Of Counsel:
MONICA DAVY
Senior Attorney
Office of the General Counsel
Department of Health and Human Services