UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHURETTA L. HOLMES-MARTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary ) <br> Department of Health and Human ) <br> Services, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 07-2128 (RMU) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO AGENCY'S MOTION TO DISMISS,
OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Plaintiff requests an enlargement of time within which to respond to the Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment. Plaintiff's response is currently due on Monday, March 3, 2008. Plaintiff requests that the Opposition to defendant's motion be due on or before March 14, 2008.

The reason for Plaintiff's motion is that Plaintiff is requesting an enlargement of time is that the primary associate working on this case has been out of the office for the past several weeks both with unexpected illness and because she was moving to a new residence. Additionally, the plaintiff is currently occupied with the press of other business.

Counsel for defendant consents to this motion.

Respectfully submitted,

_____/s/_____
Richard L. Swick, D.C. Bar ## 936930
Alana M. Hecht, D.C. Bar #494097
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
Tel. 202-842-0300
Fax 202-842-1418
email - rlswick@swickandshapiro.com
        amhecht@swickandshapiro.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHURETTA L. HOLMES-MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-2128 (RMU) |
| ) | |
| MICHAEL O. LEAVITT, Secretary ) | |
| Department of Health and Human ) | |
| Services, ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Enlargement of Time to Respond to Agency's Motion to Dismiss, or in the Alternative, for Summary Judgment to and including March 14, 2008, it is this _____ day of _____, 2008 hereby

ORDERED that the Plaintiff's Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff has until March 14, 2008, to file a response to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE