UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| PAMELA D. ADAMS, | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-856 (RBW) |
| v. | ) | ECF |
| | ) | |
| NORMAN Y. MINETA, | ) | |
| SECRETARY, DEPT. OF TRANSPORTATION | ) | |
| Defendant. | ) | |

ORDER

UPON CONSIDERATION of defendant's Motion for an Extension of Time to File an Opposition, and for good cause shown, it is this _____ day of

_____, 2007,

ORDERED, that defendant's motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that defendant shall have up to and including December 12, 2007, to file a reply to plaintiff's opposition to plaintiff's motions for equitable relief.

_____
UNITED STATES DISTRICT JUDGE

cc:
Charlotte A. Abel
Assistant United States Attorney
555 4th St., N.W. E-4410
Washington, D.C. 20530

David H. Shapiro
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHURETTA L. HOLMES-MARTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) Civil Action No.: 07-2128 (RMU) <br> ) <br> MICHAEL O. LEAVITT, Secretary ) <br> Department of Health and Human ) <br> Services, ) <br> ) <br> Defendant. ) <br> ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Enlargement of Time to Respond to Agency's Motion to Dismiss, or in the Alternative, for Summary Judgment to and including March 14, 2008, it is this _____ day of _____, 2008 hereby

ORDERED that the Plaintiff's Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff has until March 14, 2008, to file a response to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE