UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHURETTA L. HOLMES-MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-2128 (RMU) |
| ) | |
| MICHAEL O. LEAVITT, Secretary ) | |
| Department of Health and Human ) | |
| Services, ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Enlargement of Time to Respond to Agency's Motion to Dismiss, or in the Alternative, for Summary Judgment to and including March 14, 2008, it is this _____ day of _____, 2008 hereby

ORDERED that the Plaintiff's Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff has until March 14, 2008, to file a response to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE