UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHURETTA L. HOLMES-MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-2128 (RMU) |
| ) | |
| MICHAEL O. LEAVITT, Secretary ) | |
| Department of Health and Human ) | |
| Services, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO AGENCY'S MOTION TO DISMISS,
OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT**

Plaintiff requests an enlargement of time of one day, up to and including Monday, March 17, 2008 in which to respond to the Defendant's Motion to Dismiss, or in the Alternative for Summary Judgment. Plaintiff's response is currently due on Friday, March 14, 2008.

The reason for Plaintiff's motion is that while plaintiff has a substantive draft of the opposition completed, additional research is required. In addition, plaintiff's counsel is engaged in filing an opposition to motion for summary judgment in *Koch v. SEC*, C. A. No. 02-1492-PLF, which is due on Friday, March 14, 2008.

Counsel for defendant consents to this motion.

Respectfully submitted,


_____/s/_____
Richard L. Swick, D.C. Bar ## 936930
Alana M. Hecht, D.C. Bar #494097
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
Tel. 202-842-0300
Fax 202-842-1418

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHURETTA L. HOLMES-MARTIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, Secretary ) <br> Department of Health and Human ) <br> Services, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No.: 07-2128 (RMU) |

## ORDER

UPON CONSIDERATION of Plaintiff's Consent Motion for Enlargement of Time to Respond to Agency's Motion to Dismiss, or in the Alternative, for Summary Judgment to and including March 17, 2008, it is this _____ day of _____, 2008 hereby

ORDERED that the Plaintiff's Motion is GRANTED; and it is

FURTHER ORDERED that Plaintiff has until March 17, 2008, to file a response to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE