UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ARTHURETTA HOLMES-MARTIN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-02128 (RMU) |
| MICHAEL O. LEAVITT | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Enlargement of Time up to and including April 9, 2008 to file the Reply to plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary Judgment. Plaintiff's counsel has no objection to this request for enlargement of time.

The additional time is requested because Agency Counsel is on leave from March 24-28, 2008 and her assistance is important for the preparation of defendant's reply. Counsel was also on leave on March 17, 2008. The extended time for plaintiff's Opposition has impacted the coordination and preparation of defendant's reply. Thus, the additional time is being requested to complete the defendant's Reply.

This request for enlargement is made in good faith and in no way designed to delay the proceedings.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

__ /s/ _____
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
Judiciary Center Bldg.
555 4th Street, N.W., E-4106
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ARTHURETTA HOLMES-MARTIN<br>9333 Raintree Road<br>Burke, Virginia 22015<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL O. LEAVITT<br>Secretary of Health and Human Services<br>200 Independence Avenue, S. W.<br><br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 07-02128 (RMU) |

## ORDER

UPON CONSIDERATION OF Defendant's Unopposed Motion for Enlargement of Time, and for good cause shown, it is hereby

ORDERED that Defendant's Unopposed Motion for Enlargement of Time is GRANTED.

Defendant shall file the Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss, or in the Alternative, for Summary judgment up to and including April 9, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE