UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| ARTHURETTA L. HOLMES-MARTIN, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 07-2128 (RMU) |
| | : | | |
| v. | : | Document No.: | 8 |
| | : | | |
| MICHAEL O. LEAVITT, in his official capacity as Secretary of Health and Human Services, | : : : | | |
| | : | | |
| Defendant. | : | | |

## ORDER

### GRANTING IN PART AND DENYING IN PART THE DEFENDANT'S MOTION TO DISMISS; DENYING THE DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT[1]

For the reasons stated in the accompanying Memorandum Opinion, it is this 7th day of August, 2008,

**ORDERED** that the defendant's motion to dismiss is **GRANTED in part** and **DENIED in part**; and it is

**FURTHER ORDERED** that the defendant's motion to for partial summary judgment is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge

---

[1] The defendant does protest the plaintiff's retaliation claim based on the alleged reassignment of job duties. Consequently, the court treats the defendant's motion as one for partial summary judgment.