UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARTHURETTA L. HOLMES-MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 07-2128 (RMU) |
| ) | |
| MICHAEL O. LEAVITT, Secretary ) | |
| Department of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S ANSWER TO COMPLAINT**
**Employment Discrimination**

Defendant, by its undersigned attorneys, hereby answers plaintiff's Complaint as follows:

**FIRST DEFENSE**

Defendant responds to the numbered paragraphs of plaintiff's Complaint as follows:

**Introduction**

1. The first sentence of this paragraph is a characterization of this civil action to which no response is required. Defendant denies the second sentence of this paragraph.

**Jurisdiction**

2. This paragraph is a statement of jurisdiction to which no response is required.

**Venue**

3. Admitted.

**Parties**

4 - 5. Admitted.

## Statement of Facts

6 - 8.   Admitted.

9 - 13.  Denied.

14.   Defendant admits that in January 2007, Ms. Debbie Ridgely proposed that Ms. Holmes-Martin be removed from her position and from federal service because of her medical inability to perform her job.  Defendant denies the remaining allegations contained in this paragraph.

15.   Defendant admits that in June 2007, the Department of Health and Human Services removed Ms. Holmes-Martin from her position and from federal service because of her medical inability to perform her job.   Defendant denies the remaining allegations contained in this paragraph.

## Statement of Claims

### Claim I - Race Discrimination

16-17.  Denied.

### Claim II - Retaliation

18-19.  Denied.

## Prayer for Relief

20.   This paragraph contains plaintiff's prayer for relief to which no answer is necessary but insofar as an answer is deemed necessary, defendant denies that plaintiff is entitled to the  relief requested herein or to any relief whatsoever.  Any relief would be limited by 42 U.S.C. Section 2000e-5(g)(2)(B).

## Jury Demand

21.   This paragraph contains plaintiff's request for a jury trial to which no response is

required.

    Defendant hereby specifically denies all of the allegations of plaintiff's Complaint not herein before otherwise answered.

    Having fully answered, defendant respectfully requests that this action be dismissed with prejudiced and that defendant be granted its costs and other such relief as this Court deems appropriate.

    Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
WYNEVA JOHNSON, DC Bar #278515
Assistant United States Attorney
555 4th Street, N.W., E - 4106
Washington, D.C. 20530
(202) 514-7224

Of Counsel:
MONICA DAVY
Senior Attorney
Office of the General Counsel
Department of Health and Human Services